```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

BRADLEY EBBESEN,              )
                              )
          Plaintiff,          )         8:07CV293
                              )
     v.                       )
                              )
BLUE CROSS BLUE SHIELD OF     )         ORDER
MINNESOTA and PAR ENTERPRISES,)
INC.,                         )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation for dismissal without prejudice as to Blue Cross Blue Shield of Nebraska (Filing No. 8). Pursuant thereto,

IT IS ORDERED that this action is dismissed without prejudice as to Blue Cross Blue Shield of Nebraska only, each party to pay their own costs and attorney fees.

DATED this 27th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court