IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADLEY EBBESEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV293 |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD OF MINNESOTA and PAR ENTERPRISES, INC., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to transfer this action to the District of Minnesota where both defendants do business and where most of the witnesses are located (Filing No. 10). Title 28, U.S.C. § 1404(a) provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to another district or division where it might have been brought.

The Court finds that for the convenience of the parties and witnesses, the motion should be granted. Accordingly,

IT IS ORDERED that this action is transferred to the United States District Court for the District of Minnesota.

DATED this 11th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court